UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 05-10375 |
| Plaintiff - Appellee, | D.C. No. CR-03-00105-ARM |
| V. | |
| ERNEST G.M. ROWLAND, | JUDGMENT |
| Defendant - Appellant. | |

**FILED**
DISTRICT COURT OF GUAM
JUL 3 1 2006
MARY L.M. MORAN
CLERK OF COURT

Appeal from the United States District Court for the District Of Guam (Hagatna).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District Of Guam (Hagatna) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 07/03/06

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
JUL 2 5 2006
by: _____
Deputy Clerk