UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
JUL 31 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. ERNEST G.M. ROWLAND, Defendant - Appellant. | No. 05-10375<br><br>D.C. No. CR-03-00105-ARM<br>District of Guam, Agana<br><br>ORDER |

**FILED**
DISTRICT COURT OF GUAM
AUG -7 2006
MARY L.M. MORAN
CLERK OF COURT

The mandate that issued on July 25, 2006 was issued prematurely and is hereby RECALLED.

Cathy A. Catterson, Clerk of Court

Candy Permillion, Deputy Clerk

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
JUL 31 2006
by: _____
Deputy Clerk