# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, <br><br> Plaintiff-Appellee, <br><br> vs. <br><br> Ernest G.M. Rowland, <br><br> Defendant-Appellant. | Case No. 1:03-cr-00105 <br><br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *USCA Judgment filed July 31, 2006 and USCA Order filed August 7, 2006,* on the dates indicated below:

*U.S. Attorney's Office*  *Federal Public Defender*
*August 8, 2006*  *August 9, 2006*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*USCA Judgment filed July 31, 2006 and USCA Order filed August 7, 2006*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 9, 2006  /s/ Marilyn B. Alcon
 Deputy Clerk