Tuesday, September 11, 2007

**Clerk, Territory of Guam**
**United States District Court**
**64 Pacific News Building**
**238 O'Hara Street**
**Agana, Guam 96910**

RE: <u>United States v. Rowland</u>, *Case# 03-CR-00105*

Dear Clerk of Court,

My name is **Ernest G.M. Rowland**, Reg. #02444-093. I am a federal prisoner presently incarcerated at L.S.C.I-Butner.

On September 13, 2006, the Court of Appeals for the Ninth Circuit entered its opinion in my case. The Ninth Circuit **AFFIRMED** the district court's judgment. (*See* <u>United States v. Rowland</u>, **464 F.3d 899 (9th Cir. 2006).**

I am preparing my *§ 2255* and would like to meet the time requirements for such a filing. Therefore, please send me a copy of my criminal docket report as well as the rules governing *§ 2255* Motions in the Ninth Circuit. Please also send me the proper form and any other information relevant to the above-cited case - such as deadlines and formatting information. Please send the materials to me at the address listed below. Thank you.

Respectfully Submitted,

*[signature]*

**Ernest G.M. Rowland, Reg. No. 02444-0936**
**Low Security Correctional Institution**
**P.O. Box 999**
**Butner, NC 25709-0999**

**P.S.** I am an indigent prisoner who can not afford the cost of copies. Please do not charge me the costs. The court previously appointed counsel in my criminal case (Federal Public Defender, John T. Gorman).



RECEIVED SEP 18 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

## UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

Mary L. Michaels, Clerk
United States District Court
64 Pacific News Building
238 O'Hara St
Agana, Guam 96910

### PRO SE CHANGE OF ADDRESS NOTIFICATION

My name is Ernest G.M. Rowland, Reg. #02444-093. Today's date is **Tuesday, September 11, 2007.** I am a federal prisoner who was <u>formerly</u> incarcerated at Petersburg Federal Correctional Institution in Petersburg, Virginia (FCI-Petersburg).

THE CLERK IS HEREBY NOTIFIED THAT MY ADDRESS SHOULD BE CHANGED TO:

**Ernest G.M. Rowland, # 02444-093**
**Low Security Correctional Institution**
**P.O. Box 999**
**Butner, NC 27509**

This change is effective *IMMEDIATELY.* Please send all future correspondence to me at my new address. Thank you for your attention to this issue.

Sincerely,

Ernest G.M. Rowland, #02444-093,
Federal Prisoner, *pro se*
LSCI-Butner, North Carolina

adh

Name: Ernest Bushrud   Number 02444023
Low Security Correctional Institution
P.O. Box 999
Butner, NC 27509-0999

Clerk, US District
Of Pacific News Building
238 Ofuro Street
Agana, Guam 96910

RECEIVED
SEP 18 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

03-cr-00105   Document 66   Filed 09/18/2007   Pag